UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MIELKE, CRAIG S § Case No. 12-35407
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_, and now requests reimbursement for expenses of $\_\_\_, for total expenses of $\_\_\_[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg_____
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-35407 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | MIELKE, CRAIG S | | | Date Filed (f) or Converted (c): | 09/06/12 (f) |
| | | | | 341(a) Meeting Date: | 11/19/12 |
| For Period Ending: | 08/29/13 | | | Claims Bar Date: | 01/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 414 South 4th Street, Geneva, IL 60134. House valu | 475,000.00 | 0.00 | | 0.00 | FA |
| 2. US Currency | 128.00 | 0.00 | | 0.00 | FA |
| 3. checking acct ending in 754 at St. Charles Bank | 1,992.21 | 0.00 | | 0.00 | FA |
| 4. Checking acct ending in 675 at M&T Bank, | 234.42 | 0.00 | | 0.00 | FA |
| 5. Health Savings Acct at Old Second Bank, Aurora | 11.29 | 0.00 | | 0.00 | FA |
| 6. Ordinary furniture, appliances, kitchenware, telev | 1,250.00 | 0.00 | | 0.00 | FA |
| 7. clothing for one | 500.00 | 0.00 | | 0.00 | FA |
| 8. wedding ring | 500.00 | 0.00 | | 0.00 | FA |
| 9. 2 Remington shotguns | 250.00 | 0.00 | | 0.00 | FA |
| 10. American General term policy ending in 334. | 0.00 | 0.00 | | 0.00 | FA |
| American General term policy ending in 334. Death Benefit of $2,000,000. No cash value. Beneficiaries are Susan Mielke and Ben Mielke as required by Marital Separation Agreement | | | | | |
| 11. 25% interest in Foote, Meyers, Mielke and Flowers, | 53,390.00 | 290,000.00 | | 290,000.00 | FA |
| 25% interest in Foote, Meyers, Mielke and Flowers, LLC (a law firm). Value stated is Debtor's capital account as of 12/31/2011. | | | | | |
| 12. 25% interest in 200-202 West Main Street, LLC. | 209,991.00 | 10,000.00 | | 10,000.00 | FA |
| 25% interest in 200-202 West Main Street, LLC. Value reflected is capital account as of 12/31/12. | | | | | |
| 13. $266,000 distribution from Foote, Meyers, Mielke | 266,000.00 | 262,765.77 | | 262,765.77 | FA |
| $266,000 distribution from Foote, Meyers, Mielke and Flowers LLC is pending. This amount is subject to an Order entered in the divorce court in case no. 07 DK 1514 directing that 1/2 of the $266,000 net of taxes be distributed to Debtor's ex-wife, Susan K. Lyons. The order was entered on December 8, 2011. Claimed exemption against distribution was disallowed per court order dated 1/10/13 | | | | | |

Case 12-35407    Doc 86    Filed 09/10/13    Entered 09/10/13 12:22:08    Desc Main
Document      Page 4 of 12

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

Case No:       12-35407       CAD   Judge: CAROL A. DOYLE                                      Trustee Name:                Elizabeth C. Berg
Case Name:     MIELKE, CRAIG S                                                                  Date Filed (f) or Converted (c):   09/06/12 (f)
                                                                                                341(a) Meeting Date:         11/19/12
                                                                                                Claims Bar Date:             01/22/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. 2008 BMW X5 (50k miles)<br>Trustee authorized to sell vehicle back to Debtor pursuant to order dated 12/6/12-exemption deemed waived pursuant to terms of sale. | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 15. 2006 Beneteau First sailboat.<br>Order lifting stay was entered 11/1/12 | 175,000.00 | 0.00 | | 0.00 | FA |

                                                                                                                                    Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                 $1,204,246.92              $582,765.77                      $582,765.77              $0.00
                                                                                                                                    (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/13      Current Projected Date of Final Report (TFR): 10/31/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-35407 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MIELKE, CRAIG S | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******8993  Checking Account |
| Taxpayer ID No: | *******5335 |  |  |
| For Period Ending: | 08/29/13 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/09/12 | 14 | Craig Mielke<br>Bank of America Cashier's Check<br>Norridge-Harlem & Cullom<br>Banking Center | Buyback of Debtor's BMW | 1229-000 | 20,000.00 |  | 20,000.00 |
| 12/20/12 | 13 | Foote, Meyers, Mielke & Flowers<br>3 North Second Street<br>Suite 300<br>St. Charles  IL  60174 | LAW FIRM DISTRIBUTION | 1129-000 | 262,765.77 |  | 282,765.77 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 |  | 233.91 | 282,531.86 |
| 03/08/13 |  | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 |  | 271.08 | 282,260.78 |
| 04/22/13 |  | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 |  | 299.73 | 281,961.05 |
| 05/22/13 |  | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - April 13 | 2600-000 |  | 289.90 | 281,671.15 |
| 06/22/13 |  | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 |  | 299.11 | 281,372.04 |
| 07/05/13 |  | Congressional Bank<br>6500 Rock Spring Drive | Monthly Bank Service Fee - June 13 | 2600-000 |  | 289.11 | 281,082.93 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-35407 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MIELKE, CRAIG S | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8993 Checking Account |
| Taxpayer ID No: | *******5335 | | |
| For Period Ending: | 08/29/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/13 | 11 | Suite 300<br>Bethesda, MD 20817<br>Foote Mielke Chavez & O'Neil, LLC<br>10 W. State Street, Suite 200<br>Geneva IL 60134 | Settlement Proceeds - TR Adversary | 1129-000 | 150,000.00 | | 431,082.93 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - July 13 | 2600-000 | | 303.59 | 430,779.34 |
| 08/13/13 | 12 | 200-202 W Main St Charles<br>3 North 2nd Street<br>Suite 300<br>Saint Charles, IL 60174 | Settlement Proceeds - TR Adversary | 1129-000 | 10,000.00 | | 440,779.34 |
| 08/13/13 | 11 | Meyers & Flowers LLC<br>3 North 2nd Street<br>Suite 300<br>Saint Charles IL 60174 | Settlement Proceeds - TR Adversary | 1129-000 | 140,000.00 | | 580,779.34 |
| 08/13/13 | 001002 | Susan Lyons<br>62 Bluestone Drive<br>St. Charles IL 60174 | Claim # 3 - DSO portion<br>Domestic Support portion<br>Allowed per ct order dtd 7/25/13<br>DSO Claim under settlement approved 7/25/13 | 5100-000 | | 135,000.00 | 445,779.34 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-35407 -CAD |
| Case Name: | MIELKE, CRAIG S |
| Taxpayer ID No: | *******5335 |
| For Period Ending: | 08/29/13 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8993 Checking Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Account *******8993 | Balance Forward | | 0.00 | | |
| | | 5 | Deposits | | 582,765.77 | 2 Checks | 135,233.91 |
| | | 0 | Interest Postings | | 0.00 | 6 Adjustments Out | 1,752.52 |
| | | | | | | 0 Transfers Out | 0.00 |
| | | | Subtotal | | $ 582,765.77 | | |
| | | | | | | Total | $ 136,986.43 |
| | | 0 | Adjustments In | | 0.00 | | |
| | | 0 | Transfers In | | 0.00 | | |
| | | | Total | | $ 582,765.77 | | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 10, 2013 |

Case Number:  12-35407   Claim Class Sequence
Debtor Name:  MIELKE, CRAIG S

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street  #200<br>Chicago IL  60602 | Administrative | $30,000.00 | $0.00 | $30,000.00 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | $110,338.05 | $0.00 | $110,338.05 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL  60601 | Administrative | $5,030.00 | $0.00 | $5,030.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans, LA  70139 | Administrative | $233.91 | $233.91 | $0.00 |
| | Subtotal for Class Administrative | | $145,601.96 | $233.91 | $145,368.05 |
| 000001A<br>046<br>5800-00 | Internal Revenue Service<br>PO 7317<br>Philadelphia, PA 19101-7317 | Priority | $27,259.11 | $0.00 | $27,259.11 |
| 000003<br>040<br>5100-00 | Susan Lyons<br>c/o Jeffrey Lewis<br>2045 Aberdeen Court<br>Sycamore, IL  60178 | Priority<br>Domestic obligation claim allowed per settlement agreement | $135,000.00 | $135,000.00 | $0.00 |
| 000007A<br>046<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | $6,590.95 | $0.00 | $6,590.95 |
| | Subtotal for Class Priority | | $168,850.06 | $135,000.00 | $33,850.06 |
| 070<br>7100-00 | Susan Lyons<br>c/o Jeffrey Lewis<br>2045 Aberdeen Court<br>Sycamore, IL  60178 | Unsecured<br>Unsecured claim allowed per settlement agreement | $250,000.00 | $0.00 | $250,000.00 |
| 000001B<br>080<br>7300-00 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia  PA  19101-7317 | Unsecured | $725.48 | $0.00 | $725.48 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | $9,110.78 | $0.00 | $9,110.78 |
| 000004<br>070<br>7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>(4-1) SAM'S CLUB DISCOVER or GEMB<br>Claim transfered 4/18/13 | $6,259.58 | $0.00 | $6,259.58 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 10, 2013 |

Case Number: 12-35407  
Debtor Name: MIELKE, CRAIG S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $54,242.52 | $0.00 | $54,242.52 |
| 000006 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $3,878.21 | $0.00 | $3,878.21 |
| 000007B 080 7300-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 6064-0338 | Unsecured | | $659.10 | $0.00 | $659.10 |
| 000008 070 7100-00 | State Bank of Geneva C/o Joseph R Voiland 1625 Wing Rd. Yorkville, IL 60560 | Unsecured | | $779,181.69 | $0.00 | $779,181.69 |
| 000011 070 7100-00 | Robert M. Foote G. Alexander McTavish, Myler, Ruddy & Mc 105 E Galena Blvd, Suite 800 Aurora, IL 60505 | Unsecured | Claim withdrawn per settlement agreement | $0.00 | $0.00 | $0.00 |
| 000012 070 7100-00 | Ted A. Meyers 105 W. Madison St., Ste. 1500 Chicago, IL 60602 | Unsecured | Claim withdrawn per settlement agreement | $0.00 | $0.00 | $0.00 |
| 000013 070 7100-00 | Peter J. Flowers Sara Lorber 105 W. Madison St., Ste. 1500 Chicago, IL 60602 | Unsecured | Claim withdrawn per settlement agreement | $0.00 | $0.00 | $0.00 |
| 000014 070 7100-00 | Ted A. Meyers 105 W. Madison St., Ste. 1500 Chicago, IL 60602 | Unsecured | Claim withdrawn per settlement agreement | $0.00 | $0.00 | $0.00 |
| 000015 070 7100-00 | Peter J. Flowers Sara Lorber 105 W. Madison St., Ste. 1500 Chicago, IL 60602 | Unsecured | Claim withdrawn per settlement agreement | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Unsecured | | | $1,104,057.36 | $0.00 | $1,104,057.36 |
| | Case Totals: | | | $1,418,509.38 | $135,233.91 | $1,283,275.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-35407
Case Name: MIELKE, CRAIG S
Trustee Name: Elizabeth C. Berg

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ | $ | $ |
| 000003 | Susan Lyons | $ | $ | $ |
| 000007A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ | $ | $ |
| 000004 | Portfolio Investments II LLC | $ | $ | $ |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000008 | State Bank of Geneva | $ | $ | $ |
| 000011 | Robert M. Foote | $ | $ | $ |
| 000012 | Ted A. Meyers | $ | $ | $ |
| 000013 | Peter J. Flowers | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Ted A. Meyers | $ | $ | $ |
| 000015 | Peter J. Flowers | $ | $ | $ |
|  | Susan Lyons | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ | $ | $ |
| 000007B | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____