UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                §
                                      §
MIELKE, CRAIG S                       §     Case No. 12-35407
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Mr. Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago   IL   60603

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        11:15 a.m.
        on Thursday, October 17, 2013
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MIELKE, CRAIG S | § | Case No. 12-35407 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 582,765.77 |
| and approved disbursements of | $ | 136,986.43 |
| leaving a balance on hand of[1] | $ | 445,779.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 30,000.00 | $ 0.00 | $ 30,000.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 110,000.00 | $ 0.00 | $ 110,000.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace | $ 338.05 | $ 0.00 | $ 338.05 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 5,030.00 | $ 0.00 | $ 5,030.00 |
| Other: International Sureties, Ltd. | $ 233.91 | $ 233.91 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 145,368.05 |
| Remaining Balance | | $ | 300,411.29 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 168,850.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 27,259.11 | $ 0.00 | $ 27,259.11 |
| 000003 | Susan Lyons | $ 135,000.00 | $ 135,000.00 | $ 0.00 |
| 000007A | Illinois Department of Revenue | $ 6,590.95 | $ 0.00 | $ 6,590.95 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 33,850.06 |
| Remaining Balance | $ 266,561.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,102,672.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 9,110.78 | $ 0.00 | $ 2,202.45 |
| 000004 | Portfolio Investments II LLC | $ 6,259.58 | $ 0.00 | $ 1,513.20 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 54,242.52 | $ 0.00 | $ 13,112.64 |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ 3,878.21 | $ 0.00 | $ 937.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | State Bank of Geneva | $ 779,181.69 | $ 0.00 | $ 188,360.17 |
| 000011 | Robert M. Foote | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | Ted A. Meyers | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Peter J. Flowers | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | Ted A. Meyers | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Peter J. Flowers | $ 0.00 | $ 0.00 | $ 0.00 |
|  | Susan Lyons | $ 250,000.00 | $ 0.00 | $ 60,435.25 |

Total to be paid to timely general unsecured creditors     $     266,561.23

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,384.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Service | $ 725.48 | $ 0.00 | $ 0.00 |
| 000007B | Illinois Department of Revenue | $ 659.10 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors     $     0.00

Remaining Balance     $     0.00

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-35407-CAD
Craig S Mielke                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3            Date Rcvd: Sep 11, 2013
                              Form ID: pdf006         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2013.
```
db          +Craig S Mielke,    414 South 4th Street,    Geneva, IL 60134-2609
aty         #+Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
19408331    +200-202 West Main Street, LLC,    200-202 West Main Street,    Saint Charles, IL 60174-1812
19408332     Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
19408334     Chase,   Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
19408335     CitiCard,    PO Box 6013,    Sioux Falls, SD 57117-6013
19408338    +Foote Meyers Mielke and Flower LLC,    3 North Second Street,    Suite 300,
              Saint Charles, IL 60174-1870
19408339    +Geneva State Bank,    22 South Fourth Street,    Geneva, IL 60134-2140
19408340   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
              100 W. Randolph Street,    Chicago, IL 60602)
19810739     Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
19949036    +Peter J. Flowers,    Sara Lorber,    105 W. Madison St., Ste. 1500,    Chicago, IL 60602-4602
19408344    +Peter J. Flowers,    4254 Evergreen Drive,    Lisle, IL 60532-1197
19408347    +Robert Foote,    0N060 North Mill Creek Dr.,    Geneva, IL 60134-4471
19948499    +Robert M. Foote,    G. Alexander McTavish, Myler, Ruddy & Mc,    105 E Galena Blvd, Suite 800,
              Aurora, IL 60505-3357
19408350    +Sailboat Sales Co.,    3434 East 95th Street,    Chicago, IL 60617-5101
19408351    +Sam's Club Discover/GECB,    PO Box 103104,    Roswell, GA 30076-9104
19408352    +St. Charles Bank and Trust,    Gary M. Vanek, Attorney for Claimant,    Vanek, Larson & Kolb, LLC,
              200 West Main Street,    St. Charles, Illinois 60174-1812
19408353    +Stephen Cooper,    117 S Second Street,    Geneva, IL 60134-2711
19408354    +Steven Peskind,    2445 Dean Street,    Suite E,    Saint Charles, IL 60175-4828
19408355    +Susan K. Lyons,    62 Bluestone Drive,    Saint Charles, IL 60174-2866
19949029    +Ted A. Meyers,    105 W. Madison St., Ste. 1500,    Chicago, IL 60602-4602
19408357    +Ted A. Myers,    4N262 Route 31,    Saint Charles, IL 60174-5128
19408360    +West Suburban Bank,    3000 East Main Street,    Saint Charles, IL 60174-2489
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19408337      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2013 01:36:26     Discover,    P.O. 30943,
               Salt Lake City, UT 84130
19615430      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2013 01:36:26     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19726479      E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2013 01:35:36     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19408341      E-mail/Text: cio.bncmail@irs.gov Sep 12 2013 01:24:50     Internal Revenue Service,    PO 7346,
               Philadelphia, PA 19101-7346
19408343      E-mail/Text: camanagement@mandtbank.com Sep 12 2013 01:26:21     M&T Bank,    PO Box 64676,
               Baltimore, MD 21264-4679
19751336     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 12 2013 01:25:43
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20354116      E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2013 01:36:17     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354117      E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2013 01:35:25
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
19886046     +E-mail/Text: jrvoiland@sbcglobal.net Sep 12 2013 01:30:10     State Bank of Geneva,
               C/o Joseph R Voiland,    1625 Wing Rd.,    Yorkville, IL 60560-9263
19685177     +E-mail/Text: bwaller@ksbwl.com Sep 12 2013 01:29:49     Susan K. Lyon,    c/o Bradley J. Waller,
               2045 Aberdeen Court,    Sycamore, IL 60178-3140
                                                                                              TOTAL: 10
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19408333*      Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
19408336*      CitiCard,    PO Box 6013,    Sioux Falls, SD 57117-6013
19408342*      Internal Revenue Service,    PO 7346,    Philadelphia, PA 19101-7346
19408345*     +Peter J. Flowers,    4254 Evergreen Drive,    Lisle, IL 60532-1197
19408346*     +Peter J. Flowers,    4254 Evergreen Drive,    Lisle, IL 60532-1197
19408348*     +Robert Foote,    0N060 North Mill Creek Dr.,    Geneva, IL 60134-4471
19408349*     +Robert Foote,    0N060 North Mill Creek Dr.,    Geneva, IL 60134-4471
19408356*     +Susan K. Lyons,    62 Bluestone Drive,    Saint Charles, IL 60174-2866
19408358*     +Ted A. Myers,    4N262 Route 31,    Saint Charles, IL 60174-5128
19408359*     +Ted A. Myers,    4N262 Route 31,    Saint Charles, IL 60174-5128
19408361*     +West Suburban Bank,    3000 East Main Street,    Saint Charles, IL 60174-2489
                                                                                      TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dross              Page 2 of 3              Date Rcvd: Sep 11, 2013
                              Form ID: pdf006          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2013                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2013 at the address(es) listed below:

```
          Bradley J Waller    on behalf of Counter-Claimant Susan K Lyons bwaller@ksbwl.com,
           vmaurer@ksbwl.com
          Bradley J Waller    on behalf of Defendant Susan K Lyons bwaller@ksbwl.com,  vmaurer@ksbwl.com
          Christopher M Brown    on behalf of Creditor    Federal National Mortgage Association ("Fannie
           Mae") Creditor c/o Seterus, Inc northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          David  Brown, ESQ    on behalf of Plaintiff Craig S Mielke dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          David  Brown, ESQ    on behalf of Debtor Craig S Mielke dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          David Paul Holtkamp    on behalf of Creditor Peter J Flowers dholtkamp@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          David Paul Holtkamp    on behalf of Defendant Ted A Meyers dholtkamp@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          David Paul Holtkamp    on behalf of Defendant Peter J Flowers dholtkamp@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          David Paul Holtkamp    on behalf of Creditor Ted A Meyers dholtkamp@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          David Paul Holtkamp    on behalf of Defendant    Foote & Meyers, LLC dholtkamp@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          Donna B Wallace    on behalf of Trustee Elizabeth C Berg dbwallace@ameritech.net
          Donna B Wallace    on behalf of Plaintiff Elizabeth C Berg dbwallace@ameritech.net
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Elizabeth C Berg     bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          G. Alexander  McTavish    on behalf of Defendant Robert M Foote amctavish@fmcolaw.com
          G. Alexander  McTavish    on behalf of Interested Party Robert M. Foote amctavish@fmcolaw.com
          James M Philbrick    on behalf of Creditor    M&T Bank (successor by merger to Provident Bank of
           Maryland) jmphilbrick@att.net
          Jeffrey K. Paulsen    on behalf of Defendant Peter J Flowers jpaulsen@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          Jeffrey K. Paulsen    on behalf of Defendant Ted A Meyers jpaulsen@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          Jeffrey K. Paulsen    on behalf of Defendant    200-202 W. Main St. Charles LLC
           jpaulsen@wfactorlaw.com,   gsullivan@wfactorlaw.com
          Jeffrey K. Paulsen    on behalf of Defendant    Foote & Meyers, LLC jpaulsen@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          Jeffrey K. Paulsen    on behalf of Interested Party    Foote & Meyers L.L.C.
           jpaulsen@wfactorlaw.com,   gsullivan@wfactorlaw.com
          Joseph A Baldi    on behalf of Trustee Elizabeth C Berg jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Joseph A Baldi    on behalf of Plaintiff Elizabeth C Berg jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Philip J. Piscopo    on behalf of Creditor    State Bank of Geneva pjp@csp-law.com,
           skc@csp-law.com;pms@csp-law.com
          Richard G Larsen    on behalf of Creditor Susab K Lyons rlarsen@kleinstoddard.com,
           vmaurer@kleinstoddard.com
          Sara E Lorber    on behalf of Interested Party    Foote & Meyers L.L.C. slorber@wfactorlaw.com,
           nb@wfactorlaw.com;gsullivan@wfactorlaw.com
          William J Factor    on behalf of Creditor Peter J Flowers wfactor@wfactorlaw.com,
           wfactorlaw@gmail.com;gsullivan@wfactorlaw.com
          William J Factor    on behalf of Defendant    Foote & Meyers, LLC wfactor@wfactorlaw.com,
           wfactorlaw@gmail.com;gsullivan@wfactorlaw.com
          William J Factor    on behalf of Defendant Ted A Meyers wfactor@wfactorlaw.com,
           wfactorlaw@gmail.com;gsullivan@wfactorlaw.com
```

```
District/off: 0752-1          User: dross                Page 3 of 3                   Date Rcvd: Sep 11, 2013
                              Form ID: pdf006            Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William J Factor    on behalf of Defendant Peter J Flowers wfactor@wfactorlaw.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com
          William J Factor    on behalf of Creditor Ted A Meyers wfactor@wfactorlaw.com, wfactorlaw@gmail.com;gsullivan@wfactorlaw.com

                                                                                     TOTAL: 33