UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MIELKE, CRAIG S § Case No. 12-35407
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Elizabeth C. Berg_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| | Geneva State Bank 22 South Fourth Street Geneva, IL 60134 | | | | | |
| | M&T Bank PO Box 64676 Baltimore, MD 21264-4679 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | SUSAN K. LYONS | | | | | |
| 000007A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Sailboat Sales Co. 3434 East 95th Street Chicago, IL 60617 | | | | | |
| | St. Charles Bank and Trust Attn: Dean P. Carlson 411 W. Main Street Saint Charles, IL 60174 | | | | | |
| | West Suburban Bank 3000 East Main Street Saint Charles, IL 60174 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Suburban Bank 3000 East Main Street Saint Charles, IL 60174 | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000013 | PETER J. FLOWERS | | | | | |
| 000015 | PETER J. FLOWERS | | | | | |
| 000004 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000011 | ROBERT M. FOOTE | | | | | |
| 000009 | ST. CHARLES BANK AND TRUST | | | | | |
| 000010 | ST. CHARLES BANK AND TRUST | | | | | |
| 000008 | STATE BANK OF GENEVA | | | | | |
| | SUSAN K. LYONS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | TED A. MEYERS | | | | | |
| 000014 | TED A. MEYERS | | | | | |
| 000007B | IDOR | | | | | |
| 000001B | IRS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-35407 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | MIELKE, CRAIG S | | | Date Filed (f) or Converted (c): | 09/06/12 (f) |
| | | | | 341(a) Meeting Date: | 11/19/12 |
| For Period Ending: | 12/03/13 | | | Claims Bar Date: | 01/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 414 South 4th Street, Geneva, IL 60134. House valu | 475,000.00 | 0.00 | | 0.00 | FA | 492,167.00 | 15,000.00 |
| 2. US Currency | 128.00 | 0.00 | | 0.00 | FA | 0.00 | 128.00 |
| 3. checking acct ending in 754 at St. Charles Bank | 1,992.21 | 0.00 | | 0.00 | FA | 0.00 | 1,992.21 |
| 4. Checking acct ending in 675 at M&T Bank, | 234.42 | 0.00 | | 0.00 | FA | 0.00 | 234.42 |
| 5. Health Savings Acct at Old Second Bank, Aurora | 11.29 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Ordinary furniture, appliances, kitchenware, telev | 1,250.00 | 0.00 | | 0.00 | FA | 0.00 | 1,250.00 |
| 7. clothing for one | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 8. wedding ring | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. 2 Remington shotguns | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. American General term policy ending in 334. American General term policy ending in 334. Death Benefit of $2,000,000. No cash value. Beneficiaries are Susan Mielke and Ben Mielke as required by Marital Separation Agreement | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11. 25% interest in Foote, Meyers, Mielke and Flowers, 25% interest in Foote, Meyers, Mielke and Flowers, LLC (a law firm). Value stated is Debtor's capital account as of 12/31/2011. | 53,390.00 | 290,000.00 | | 290,000.00 | FA | 0.00 | 0.00 |
| 12. 25% interest in 200-202 West Main Street, LLC. 25% interest in 200-202 West Main Street, LLC. Value reflected is capital account as of 12/31/12. | 209,991.00 | 10,000.00 | | 10,000.00 | FA | 0.00 | 0.00 |
| 13. $266,000 distribution from Foote, Meyers, Mielke $266,000 distribution from Foote, Meyers, Mielke and Flowers LLC is pending. This amount is subject to an Order entered in the divorce court in case no. 07 DK 1514 directing that 1/2 of the $266,000 net of taxes be distributed to Debtor's ex-wife, Susan K. Lyons. The order was entered on December 8, 2011. | 266,000.00 | 262,765.77 | | 262,765.77 | FA | 0.00 | 0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No: 12-35407   CAD   Judge: CAROL A. DOYLE | Trustee Name: Elizabeth C. Berg |
| Case Name: MIELKE, CRAIG S | Date Filed (f) or Converted (c): 09/06/12 (f) |
| | 341(a) Meeting Date: 11/19/12 |
| | Claims Bar Date: 01/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| Claimed exemption against distribution was disallowed per court order dated 1/10/13 | | | | | | | |
| 14. 2008 BMW X5 (50k miles)   Trustee authorized to sell vehicle back to Debtor pursuant to order dated 12/6/12-exemption deemed waived pursuant to terms of sale. | 20,000.00 | 20,000.00 | | 20,000.00 | FA | 0.00 | 0.00 |
| 15. 2006 Beneteau First sailboat.   Order lifting stay was entered 11/1/12 | 175,000.00 | 0.00 | | 0.00 | FA | 182,584.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,204,246.92 | $582,765.77 | | $582,765.77 | $0.00 | $674,751.00 | $19,104.63 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated value of Debtor's membership interests in real estate LLC and successful law firm LLC through which Debtor practiced law. Following unsuccessful attempts to negotiate purchase of same by Debtor's former partners, Trustee filed adversary seeking accounting, turnover of distributions, dissolution of LLC's and recovery of damages from partners for breach of fiduciary duty. Trustee also reviewed and challenged claim of Debtor's former wife asserted in priority DSO. Trustee reached global settlement of adversary proceeding and DSO claim. Trustee recovered approximately $580k and distributed approximately 24% distribution to unsecured creditors on October 20, 2013. Will close case by year end.

Initial Projected Date of Final Report (TFR): 10/31/13     Current Projected Date of Final Report (TFR): 10/31/13

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-35407 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | MIELKE, CRAIG S | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8993  Checking Account |
| Taxpayer ID No: | *******5335 | | | |
| For Period Ending: | 12/03/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/12 | 14 | Craig Mielke<br>Bank of America Cashier's Check<br>Norridge-Harlem & Cullom<br>Banking Center | Buyback of Debtor's BMW | 1229-000 | 20,000.00 | | 20,000.00 |
| 12/20/12 | 13 | Foote, Meyers, Mielke & Flowers<br>3 North Second Street<br>Suite 300<br>St. Charles  IL  60174 | LAW FIRM DISTRIBUTION | 1129-000 | 262,765.77 | | 282,765.77 |
| 02/15/13 | 001001 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Trustee Bond Annual Premium<br>Bond # 016026455 | 2300-000 | | 233.91 | 282,531.86 |
| 03/08/13 | | CONGRESSIONAL BANK<br>6500 ROCK SPRING DRIVE<br>SUITE 300<br>BETHESDA, MD 20817 | Monthly Bank Service Fee - Feb 13 | 2600-000 | | 271.08 | 282,260.78 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 299.73 | 281,961.05 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - April 13 | 2600-000 | | 289.90 | 281,671.15 |
| 06/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 | | 299.11 | 281,372.04 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive | Monthly Bank Service Fee - June 13 | 2600-000 | | 289.11 | 281,082.93 |

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-35407 -CAD | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | MIELKE, CRAIG S | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8993  Checking Account |
| Taxpayer ID No: | *******5335 | | |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $   100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/13 | 11 | Suite 300<br>Bethesda, MD 20817<br>Foote Mielke Chavez & O'Neil, LLC<br>10 W. State Street, Suite 200<br>Geneva IL 60134 | Settlement Proceeds - TR Adversary | 1129-000 | 150,000.00 | | 431,082.93 |
| 08/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - July 13 | 2600-000 | | 303.59 | 430,779.34 |
| 08/13/13 | 12 | 200-202 W Main St Charles<br>3 North 2nd Street<br>Suite 300<br>Saint Charles, IL 60174 | Settlement Proceeds - TR Adversary | 1129-000 | 10,000.00 | | 440,779.34 |
| 08/13/13 | 11 | Meyers & Flowers LLC<br>3 North 2nd Street<br>Suite 300<br>Saint Charles IL 60174 | Settlement Proceeds - TR Adversary | 1129-000 | 140,000.00 | | 580,779.34 |
| 08/13/13 | 001002 | Susan Lyons<br>62 Bluestone Drive<br>St. Charles IL 60174 | Claim # 3 - DSO portion<br>Domestic Support portion<br>Allowed per ct order dtd 7/25/13<br>DSO Claim under settlement approved 7/25/13 | 5100-000 | | 135,000.00 | 445,779.34 |
| 10/18/13 | 001003 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>20 N. Clark Street #200<br>Chicago  IL 60602 | Trustee Compensation | 2100-000 | | 30,000.00 | 415,779.34 |
| 10/18/13 | 001004 | Baldi Berg & Wallace<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 110,000.00 | 305,779.34 |
| 10/18/13 | 001005 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500 | TR's Accountant<br>Final Compensation | 3410-000 | | 5,030.00 | 300,749.34 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.03a

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-35407 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | MIELKE, CRAIG S | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8993 Checking Account |
| Taxpayer ID No: | *******5335 | | | |
| For Period Ending: | 12/03/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago IL 60601 | | | | | |
| 10/18/13 | 001006 | Internal Revenue Service<br>PO 7317<br>Philadelphia, PA 19101-7317 | Claim 000001A, Payment 100.00%<br>Priority Portion<br>Unsecured Claim #1<br>Income Taxes 12/31/2011 | 5800-000 | | 27,259.11 | 273,490.23 |
| 10/18/13 | 001007 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Claim 000007A, Payment 100.00%<br>Priority Portion<br>Claim #7-1 | 5800-000 | | 6,590.95 | 266,899.28 |
| 10/18/13 | 001008 | Susan Lyons<br>c/o Jeffrey Lewis<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | Claim No. #3<br>Non-priority portion | 7100-000 | | 60,511.90 | 206,387.38 |
| 10/18/13 | 001009 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 24.20%<br>Distribution on Claim #2 | 7100-000 | | 2,205.24 | 204,182.14 |
| 10/18/13 | 001010 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000004, Payment 24.20%<br>Claim #4<br>Transferred by from Sam's Club | 7100-000 | | 1,515.12 | 202,667.02 |
| 10/18/13 | 001011 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 24.20%<br>Claim #5<br>General Unsecured | 7100-000 | | 13,129.27 | 189,537.75 |
| 10/18/13 | 001012 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 24.20%<br>Claim #6 | 7100-000 | | 938.71 | 188,599.04 |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35407 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | MIELKE, CRAIG S | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8993 Checking Account |
| Taxpayer ID No: | *******5335 | | |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/13 | 001013 | State Bank of Geneva<br>C/o Joseph R Voiland<br>1625 Wing Rd.<br>Yorkville, IL 60560 | Claim 000008, Payment 24.20%<br>Claim # 8<br>General Unsecured | 7100-000 | | 188,599.04 | 0.00 |

```
Account *******8993      Balance Forward        0.00
              5   Deposits        582,765.77       13   Checks           581,013.25
              0   Interest Postings    0.00         6   Adjustments Out    1,752.52
                                                    0   Transfers Out          0.00
                  Subtotal    $  582,765.77
                                                        Total         $  582,765.77
              0   Adjustments In       0.00
              0   Transfers In         0.00

                  Total       $  582,765.77
```